No. 467, Misc. STENS v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 468, Misc. JENNINGS v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 380, Misc. ROWLAND v. CHESAPEAKE & OHIO RAILWAY Co. The petition for writ of certiorari to the Supreme Court of Appeals of West Virginia is denied for the reason that it does not appear from the record or from the papers submitted that the judgment is final. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *W. Hayes Pettry* for petitioner. *C. W. Strickling* for respondent.

No. 344. UNITED STATES v. MOORE ET UX., 340 U. S. 616;
No. 347. UNITED STATES v. LEWIS, 340 U. S. 590; and
No. 577. GERENDE v. BOARD OF SUPERVISORS OF ELECTIONS OF BALTIMORE, *ante*, p. 56. The petitions for rehearing in these cases are severally denied.

MAY 7, 1951.

No. 229. WASHINGTON ET AL. v. MCGRATH ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *O. John Rogge* for petitioners.